IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ESTATE OF SAMUEL BELL JR.,
RANDOLPHE ALVIN BELL SR.
(SUCCESSOR TO THE ESTATE OF
SAMUEL BELL JR.),

    Plaintiff,

vs.

ROBERT L. ROSE, CITY OF
SACRAMENTO DEPARTMENT
OF NEIGHBORHOODS, PLANNING
AND DEVELOPMENT SERVICES
CODE ENFORCEMENT, et al.,

    Defendants.
                                                    /

No. CIV S-06-2468 FCD GGH PS

ORDER

On March 19, 2007, plaintiff filed a "Demand for Jury Trial" in this case, in which judgment was entered on March 12, 2007. This action is closed. Plaintiff's filing is not one contemplated by the Federal Rules of Civil or Appellate Procedure. Therefore, this document will be placed in the file and disregarded.

IT IS SO ORDERED.

DATED: 3/27/07

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH5::Bell2468.aft.jdgmt.wpd

1